## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| **RAYMOND SANTOIANNI,** ) | |
| ) | |
| Plaintiff, ) | Case No. 6:07-3102-HFF |
| ) | |
| v. ) | |
| ) | |
| **ACS GROUP, INC. and AEC, INC.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

### STIPULATION OF DISMISSAL

Come now Plaintiff, RAYMOND SANTOIANNI, and Defendants, ACS GROUP, INC. and AEC, INC., by their attorneys, who stipulate and agree, pursuant to Rule 41(a)(1), F.R.C.P., that Plaintiff's claims against Defendants in the Complaint may be, and hereby are, dismissed with prejudice, each party to bear his or its own costs and attorneys fees.

Dated this 30th day of June, 2008.

Respectfully submitted,

BRIAN MURPHY LAW FIRM, PC              HAYNSWORTH SINKLER BOYD, P.A.

s/Brian Murphy                                          s/Christine Gantt-Sorenson

Brian P. Murphy, Fed. ID # 6405            Christine Gantt-Sorenson, Fed. ID # 5833
708 East McBee Avenue                        75 Beattie Place - 11th Floor
Greenville, SC 29601                              P.O. Box 2048
Telephone: (864) 370-9400                    Greenville, SC 29602
Fax: (864) 241-1386                                Email: csorenson@hsblawfirm.com
                                                                Telephone: (864) 240-3200
                                                                Fax: (864) 240-3336

McMAHON BERGER P.C.

Thomas O. McCarthy
John B. Renick
2730 North Ballas Road, Suite 200
St. Louis, MO 63131-3039
Email: mccarthy@mcmahonberger.com
Email: renick@mcmahonberger.com
Telephone: (314) 567-7350
Fax: (314) 567-5968


SO ORDERED:


s/Henry F. Floyd
Honorable Henry F. Floyd
United States District Judge